(91 South. 925)

ELABORATED READY ROOFING CO. v. HENNING. (6 Div. 917.) (Court of Appeals of Alabama. Jan. 10, 1922.) Appeal from

Circuit Court, Jefferson County; Richard Evans, Judge. Black, Altman & Harris, of Birmingham, for appellant. Abercrombie, Sewell & Galbreath, of Birmingham, for appellee.

MERRITT, J. Appeal dismissed.